IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| QURAN HERRINGTON | : | CIVIL ACTION |
|---|---|---|
| v. | : | No. 19-731 |
| ERIC TICE, et al. | : | |

## ORDER

AND NOW, this 29th day of March, 2022, upon careful and independent consideration of Quran Herrington's Petition for Writ of Habeas Corpus, the response, Herrington's reply, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge and Herrington's objections thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is ORDERED:

- The Report and Recommendation (Document No. 9) is APPROVED and ADOPTED;
- The Petition for Writ of Habeas Corpus (Document No. 1) is DENIED and DISMISSED;
- A certificate of appealability SHALL NOT ISSUE.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.